

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00358-CV

IN RE E.S.                                                                                                 RELATOR

----------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 231-455102-09

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and emergency motion for stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for stay are denied.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and CHARLES BLEIL (Senior Justice, Retired, Sitting by Assignment).

CHARLES BLEIL (Senior Justice, Retired, Sitting by Assignment), not participating.

DELIVERED: October 6, 2016

---

[1]See Tex. R. App. P. 47.4.